**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**In the Matter of the Search of**
**THE PREMISES KNOWN AS:**

**ServInt,**
**6861 Elm Street, 4th Floor**
**Mclean, VA 22101**

**SEARCH WARRANT**

**CASE NUMBER:** 10-929 WC

TO: Postal Inspector Kai Pickens and any Authorized Officer of the United States

An affidavit having been made before me by Kai Pickens who has reason to believe that on the premises known as

**See Attachment C**

in the District of Maryland, there is now concealed certain property, namely

**See Attachment D**

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before MARCH 24 2010 (not to exceed ~~10~~ 14 days) the place named above for the property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to William Connelly, U.S. Magistrate Judge, as required by law.

March 10 2010 5:00 p.m. at Greenbelt, Maryland
Date and Time Issued

William Connelly
William Connelly
United States Magistrate Judge

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-10-2010 1808134-PMCE | March 12, 2010 130pm | Mike Witty-Servint |

INVENTORY MADE IN THE PRESENCE OF Mike Witty Servint Network Abuse

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Forensic copy on 160GB Western Digital HD S/N: WCAP02404649 containing image of BJ-consulting

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Kai Pickens, Postal Inspector

Subscribed, sworn to, and returned before me this date.

William Connelly April 20, 2010

U.S ~~Judge or~~ Magistrate Date

ATTACHMENT C

DESCRIPTION OF LOCATION TO BE SEARCHED

ServInt, is an internet service provider or "Web Host" with its primary computer information systems and other electronic communications and storage systems, records, and data located at ServInt, 6861 Elm Street, 4th Floor, Mclean, VA 22101.





ATTACHMENT D
DESCRIPTION OF ITEMS TO BE SEIZED

I. SERVICE OF WARRANT AND COPYING OF FILES BY SERVINT

1. The officer executing this warrant shall effect service by any lawful method including faxing the warrant (with ServInt's consent) to ServInt's offices at the location specified in the warrant.

2. The officer executing this warrant shall permit ServInt, as custodian of the computer files described in Section II below, to locate the files, copy them onto removable electronic storage media or print them out as paper copies (or use a different copying method if specified in Section II below), and deliver the copies to the officer, who need not be present during this process at the location specified in the warrant. The material requested pursuant to this warrant shall be made returnable to your affiant within 10-days from the date of service of this warrant.

II. COMPUTER FILES TO BE COPIED AND DELIVERED BY SERVINT

All records and other stored information pertaining to the categories specified below, in whatever form kept, in the possession or control of ServInt 6861 Elm Street, 4th Floor, Mclean, VA 22101, relating to the account(s) associated with any or all of the following information:

Any and all records associated with the "Bulletin Board D" located on servers corresponding IP address 209.50.251.106, including but not limited to:

a. The entire and complete contents of any bulletin boards or websites located on the server(s) identified and owned by ServInt;

b. The name, address, telephone number, and/or other subscriber number or identity of the subscriber or customer of the any such websites or boards;

c. Records of customer/subscriber's session times and durations (access logs) including connection dates and times, disconnection dates and times, method of connection (telenet, ftp, http, smtp), address of the source connection, username and





e-mail address associated with the connection, other connection information, such as Internet Protocol (IP), and data transfer volume;

d. Length of service provided to subscribers/customers of the any such boards or websites, including the start and termination date of , any contractual agreements on how the account originated, types of service utilized, billing information, to include means and source of payment for services and bank account numbers;

e. Any and all e-mail messages and addresses associated with the customer(s) and/or subscribers of the mentioned websites or boards, including any correspondence between the ISP and the customer and/or subscriber, including any records of customer service complaints made to the ISP by its customer and/or subscriber;

f. Any files and/or lists of members who have subscribed to the website or boards located on the identified servers, including but not limited to, any files and/or lists of individuals to include credit card information such as website customer's name, address, credit card number, credit card type and expiration date;

g. Any and all news or bulletin board system messages and files associated with the website or located at the specified servers;

h. Any and all file transfer protocol (FTP) logs related to the website or boards located on the specified servers;

i. Any records of all dates, times, and activity associated with the ISP's customer or subscriber accessing the websites or boards located at the specified servers



