IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS: | * | |
| 3419 Hampton Drive, Apt. B<br>Silver Spring, MD 20904 | * * * | CASE No. 8-09-M-4082-TMD |
| Black Attache Canvas Laptop Case | * * | CASE NO. 8-09-M-4082-TMD |
| RED 2003 Nissan Sentra with Maryland Tags LEW501 | * * * | CASE NO. 8-09-M-4082-TMD |
| The computer server or servers housing e-mail account leenova69@yahoo.com, located at Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 | * * * * * | CASE NO. 10-928WC |
| ServInt, 6861 Elm Street, 4th floor, McLean, VA 22101 | * * * | CASE NO. 10-929WC |
| The computer(s) owned and maintained by NASA, Model: Dell Optiplex 755 S/N: H0BTCHI, Property Tag: 200610306 assigned to NASA contract employee Terry Nolley located at Goddard Space Flight Center Bldg 25 Room S040 8800 Greenbelt Road, Greenbelt, Maryland 20771 | * * * * * * | CASE NO. 10-930WC |

## MOTION TO UNSEAL

The United States of America by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Stacy Dawson Belf, Assistant United States Attorney for said District, hereby moves this Court to unseal the affidavits of Todd Bame and Kai Pickens filed in support of the above-captioned search and seizure warrants. As set forth in the Government's Motions to Seal in these cases, sealing of the affidavits was necessary in that it concerned and was part of a continuing investigation and its release at that time endangered informants as well as the course and outcome of the investigation. Since the Motions to Seal were granted, however, law enforcement officers have completed certain portions of the

investigation previously in danger of spoliation and otherwise assured the safety of confidential informants identified in the affidavit.

**WHEREFORE**, the Government requests that this Honorable Court:

**ORDER** that the affidavits of Todd Bame and Kai Pickens filed in support of the above-caption search and seizure warrants be unsealed.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Stacy Dawson Belf
Assistant United States Attorney

It is so ORDERED, this ~~15~~ fourth day of October, 2010

_____
United States Magistrate Judge

2